**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: K.D.P., A MINOR | : | No. 265 EAL 2017 |
| | : | |
| | : | |
| PETITION OF: D.P., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 27th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.